

**MELAND RUSSIN & BUDWICK, P.A.**

3000 WACHOVIA FINANCIAL CENTER
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131

TELEPHONE: 305-358-6363
FAX 305-358-1221
WWW.MELANDRUSSIN.COM

JONATHAN K. WINER
JWINER@MELANDRUSSIN.COM

February 8, 2007

*Via Federal Express*

Clerk, United States District Court
District of Delaware
844 North King Street
Room 4209
Wilmington, DE 19801

    Re:   **Consumer Portfolio Services, Inc., et al v. VIS Holdings Corp., et al
           Case No. 1:07-mc-00024-UNA**

Dear Clerk:

    Enclosed please find an original plus two copies of the VIS Defendants' Emergency Motion for Order Holding Seawest Funding Corp., Seawest Receivables Corp. I, Seawest Securitization I, LLC, Seawest Securitization 2002-A, LLC, and Seawest Securitization 2003-A, LLC (collectively, the "SeaWest Affiliates") in Contempt of Court, and for Sanctions Against such Parties' Counsel: Max W. Thomas, Esq., Frances Goins, Esq., and the Law Firm of Ulmer & Berne, LLP. Please file-stamp one copy and return it in the enclosed self addressed, stamped envelope. In addition, we enclose a CD containing the Motion formatted as a .pdf document.

    We request that the enclosed Motion to be heard on an emergency basis. The VIS Defendants (as defined in their Emergency Motion) are party Defendants in a civil action pending in the U.S. District Court for the Southern District of Ohio (Eastern Division) styled *Consumer Portfolio Services, Inc. and 71270 Corp., Plaintiffs vs. VIS Holdings Corp., et al, Defendants vs. SeaWest Financial Corporation, Additional Counterclaim Defendant*, under Case No. 2:04-CV-614 (the "SeaWest Case"). The District Court in the SeaWest Case has set a **discovery cutoff deadline of February 28, 2007.** It is imperative that the VIS Defendants have the opportunity to depose all of the SeaWest Affiliates prior to the discovery cutoff deadline in the SeaWest Case. The VIS Defendants request this Court to hear and determine this matter on an emergency basis, so as to

Clerk, United States District Court
February 8, 2007
Page 2

ensure that the VIS Defendants have the ability to take depositions which may prove critical to their case at trial before discovery cutoff.

    Please let me know if you have any questions.

                      Sincerely,

                      Jonathan K. Winer

JKW/lrt
Enclosures

cc:    Michael S. Budwick, Esq. (via internal link, w/o enclosures)
       Max W. Thomas, Esq. (via email pdf, w/enclosures)
       James S. Wertheim, Esq. (via email pdf, w/enclosures)